■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD P. BOUGOR, Appellant. [56 NYS3d 477]—Appeal from a judgment of the County Court of Warren County (Hall Jr., J.), rendered October 14, 2015, convicting defendant upon his plea of guilty of the crimes of criminal possession of a controlled substance in the third degree (three counts) and criminal sale of a controlled substance in the third degree (three counts).

Judgment affirmed. No opinion.

Peters, P.J., Lynch, Rose, Rumsey and Pritzker, JJ., concur. Ordered that the judgment is affirmed.